Certified Mail # 7015 0640 0006 7866 3401

23-02-08f

TO: THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) Case No. 2:22-cv-00621-PP
Mark Peters, )
and Rosemary Peters, )
Respondents. )

U.S. District Court
Wisconsin Eastern
FEB -9 2023
FILED
Clerk of Court

**Regarding: The Peter's Motion to Compel Plaintiff for a Full and Complete Discovery Response.**

1. Note- This document cannot be used to create any form of jurisdiction against Mark Peters, and Rosemary Peters, for personal jurisdiction, and territorial jurisdiction, is yet to be proven by the Plaintiff.
2. Note- The Court Administrator of this motion is to take <u>judicial notice</u> of all evidence of law herein incorporated.
3. Note- The Court Administrator of this motion is to give written <u>findings of facts and conclusions of law</u> of all denials as to Respondent's Motion to Compel.
4. The Peter's, Respondents, moves this Court pursuant to Fed R. Civ. P. 33, 34, and 37 for full and complete responses to Respondent's First Discovery Request upon Plaintiff.
5. Respondents (Peter's) moves this Court pursuant to FED. R. CIV. P. 33, 34, and 37 for full and complete responses to First Set of Discovery Request, Interrogatories, and Document Requests, to Plaintiffs.
6. That on or about the date of __09/21/22__ the Respondents (Peter's) did mail the _?#_ individual questions of discovery to Plaintiff.
7. That on or about the date of __09/21/22__ the Plaintiff's answer.
8. That Plaintiff's answers have no discovery value, and that Plaintiff's claim they are not required to answer further due to excessiveness (over the 25-question limit). See EXHIBIT '<u>PR</u>'.
9. The parties engaged in a telephonic meet and confer on February 07, 2023 and were **not** able to narrow their discovery disputes.
10. That the discovery is straightforward, and that they could have been answered accordingly.
11. WHEREFORE, Respondents (Peters) respectfully requests that this Honorable Court enter an order compelling Plaintiffs to provide full and complete responses to

Interrogatory No. 1 through __?. And also provide all documents requested to supplement, give full transparency, as to the Plaintiff's answered Interrogatories.

12. See accompanying 'Respondants Request for Hearing Date'.

Respectfully submitted;

Mark Peters,

Rosemary Peters,

PROOF of SERVICE

I hereby certify that on February 08, 2023, a true and correct copy of the:

**'The Peter's Motion to Compel Plaintiff for a Full and Complete Discovery Response', with 'Request for Hearing Date',**

and was filed with the Court Clerk by hand delivery.

Mark Peters