23-02-08f

TO: THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:22-cv-00621-PP |
| Mark Peters, ) | |
| and Rosemary Peters, ) | |
| Respondents. ) | |

U.S. District Court
Wisconsin Eastern

FEB -9 2023

FILED
Clerk of Court

**Regarding: Request for Hearing Date for > The Peter's Motion to Compel Plaintiff for a Full and Complete Discovery Response.**

1. See accompanying 'Motion to Compel from the Peters upon Plaintiff'.
2. WHEREFORE, Respondeents request for a hearing date for the same.

Respectfully submitted;

2/8/2023  _____

Mark Peters,