TO: THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

CLERK USDC EDWI
FILED

2023 FEB 24 P 2: 34

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:22-cv-00621-PP |
| Mark Peters, ) | |
| and Rosemary Peters, ) | |
| Respondents. ) | |

**Regarding: The Peter's Motion to Compel Plaintiff for a Full and Complete Discovery Response.**

1. Note- This document cannot be used to create any form of jurisdiction against Mark Peters, and Rosemary Peters, for personal jurisdiction, and territorial jurisdiction, is yet to be proven by the Plaintiff.
2. Note- The Court Administrator of this motion is to take <u>judicial notice</u> of all evidence of law herein incorporated.
3. Note- The Court Administrator of this motion is to give written <u>findings of facts and conclusions of law</u> of all denials as to Respondent's Motion to Compel.
4. The Peter's, Respondents, moves this Court pursuant to Fed R. Civ. P. 33, 34, and 37 for full and complete responses to Respondent's First Discovery Request upon Plaintiff.
5. Respondents (Peter's) moves this Court pursuant to FED. R. CIV. P. 33, 34, and 37 for full and complete responses to First Set of Discovery Request, Interrogatories, and Document Requests, to Plaintiffs.
6. That on or about the date of _09/21/22_ the Respondents (Peter's) did mail the _?#_ individual questions of discovery to Plaintiff.
7. That on or about the date of _09/21/22_ the Plaintiff's answer.
8. That Plaintiff's answers have no discovery value, and that Plaintiff's claim they are not required to answer further due to excessiveness (over the 25-question limit). See EXHIBIT 'PR'.
9. The parties engaged in a telephonic meet and confer on February 07, 2023 and were **not** able to narrow their discovery disputes.
10. That the discovery is straightforward, and that they could have been answered accordingly.
11. WHEREFORE, Respondents (Peters) respectfully requests that this Honorable Court enter an order compelling Plaintiffs to provide full and complete responses to

Interrogatory No. 1 through___?. And also provide all documents requested to supplement, give full transparency, as to the Plaintiff's answered Interrogatories.

12. See accompanying 'Respondants Request for Hearing Date'.

Respectfully submitted;

*[signature]*

Mark Peters,

*[signature]*

Rosemary Peters,

## PROOF of SERVICE

I hereby certify that on February 08, 2023, a true and correct copy of the:

**'The Peter's Motion to Compel Plaintiff for a Full and Complete Discovery Response', with 'Request for Hearing Date',**

and was filed with the Court Clerk by hand delivery.

*[signature]*

Mark Peters

TO: THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 2:22-cv-00621-PP |
| Mark Peters, | ) | |
| and Rosemary Peters, | ) | |
| Respondents. | ) | |

**Regarding: <u>Request for Hearing</u> Date for > The Peter's Motion to Compel Plaintiff for a Full and Complete Discovery Response.**

1. See accompanying 'Motion to Compel from the Peters upon Plaintiff'.
2. WHEREFORE, Respondeents request for a hearing date for the same.

Respectfully submitted;

2/8/2023 _____

Mark Peters,

**UNITED STATES POSTAL SERVICE**

3825 S BEAUMONT AVE
KANSASVILLE, WI 53139-9998
(800)275-8777

02/08/2023 01:48 PM

| Product | Qty | Unit Price | Price |
| --- | --- | --- | --- |
| First-Class Mail® Large Envelope Milwaukee, WI 53202 Weight: 0 lb 1.20 oz Estimated Delivery Date Fri 02/10/2023 | 1 | | $1.50 |
| Certified Mail® Tracking #: 70150640000678663401 | | | $4.15 |
| Total | | | $5.65 |
| Grand Total: | | | $5.65 |
| Cash | | | $5.75 |
| Change | | | -$0.10 |

Text your tracking number to 28777 (2USPS) to get the latest status. Standard Message and Data rates may apply. You may also visit www.usps.com USPS Tracking or call 1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,
or call 1-800-410-7420.

UFN: 564220-0139
Receipt #: 840-55300185-1-2646638-2
Clerk: 03

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com.

Milwaukee, WI 53202
OFFICIAL USE

| | |
| --- | --- |
| Certified Mail Fee | $4.15 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $1.50 |
| Total Postage and Fees | $5.65 |

0139
03
Postmark Here
02/08/2023

Sent To: United States District Court Eastern District of Wisconsin
Street and Apt. No., or PO Box No.: Milwaukee Wisconsin
City, State, ZIP+4®: Chamber of Pamela Pepper 53202

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7015 0640 0006 7866 3401

Motion to Compel,
I Need a Court Date,
haven't Received any Confirmation
on Date, Sent You Notice 02/08/2023

Mark Peters
15941 Durand Ave. 45 D
Union Grove, Wisconsin
[53182]

TO:
The United States District Court
"Clerk of Courts"
517 E. Wisconsin Ave. Rm. 362
Milwaukee, Wisconsin, 53202

7022 0410 0000 2878 5439






RDC 99
53202

U.S. POSTAGE PAID
FCM LG ENV
UNION GROVE, WI
53182
FEB 22, 23
AMOUNT
$5.89
R2305K140540-03