TO: THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00621-PP |
| Mark Peters, | ) |
| and Rosemary Peters, | ) |
| Respondents. | ) |

1. **Regarding:** 'Personal Jurisdiction Challenge' upon Plaintiff, with Request for Full Written Findings of Fact and Conclusions of Law.
2. Pursuant To: Personal jurisdiction in the federal courts is governed by rule 4 of the Federal Rules of Civil Procedure.
3. NOTICE- This document can not be used to create any form of jurisdiction over the Respondents.
4. NOTICE- Court is to take judicial notice of the evidence of law herein incorporated.
5. NOTICE - Pursuant to - Federal Rules of Civil Procedure › TITLE VI. TRIALS › Rule 52 (1),(3),(4), (5),(6). Respondents now Request Full Written Findings of Fact and Conclusions of Law, from the administrator/judge on all determinations, orders, or judgment, associated with this 'Personal Jurisdiction Challenge'.
6. NOTICE – The court is to take the attached affidavit as evidence before the court.
7. NOTICE - This challenge is to be without oral arguments and request the Plaintiff email what it/they relies upon as evidence of personal jurisdiction for each individual respondent prior to the hearing date as court rules require.

8. **Supporting Evidence of Law**:
9. "A **plaintiff must plead and prove the jurisdictional facts**, the facts which show that the court has jurisdiction of the subject matter of the action." Paulsen v. Paulsen, 658 N.W.2d 49, Neb.App.,2003
10. "Once jurisdiction is challenged, the party cannot proceed when it clearly appears that **the court lacks jurisdiction, the court has no authority to reach merits**, but rather, should dismiss the action." Melo v. US 505 F2d 1026
11. "**Complaint must charge all that is essential to constitute offense**." Smith v. State, 21 Neb. 552, 32 N.W. 594 (1887). Personal, and specific territorial, jurisdiction must be charged and evidence when challenged. (What evidence does the moving party (not the

judge) possess, for the record, that you said, did (contact), or signed (contract) to become a 'person' subject to the US court.)

12. The State of New Jersey has an interest in adjudicating fraudulent misrepresentations occurring **within its boundaries**. See Carteret Sav. Bank, FA v. Shushan, 954 F.2d 141, 150 (3d Cir. 1992). However, the plaintiff must actually be damaged **in** the State of New Jersey to warrant personal jurisdiction. See id. at 151.

13. The signed, Mark Peters, and Rosemary Peters, now, challenge the Plaintiff to prove, on the official record, evidence of personal jurisdiction over us, as to what we said, did (contact), or signed (contract) to become a 'person' subject to this captioned U.S. Court. SEE Affidavit below.

14. **Therefore**, upon the Plaintiff failure to evidence personal jurisdiction, as challenged, the court has a duty to dismiss for it's lack of personal jurisdiction which creates a general jurisdiction want (subject matter jurisdiction want). This case must be dismissed, as a matter of law, forthwith.

Respectfully submitted;

*/s/ Mark Peters*

Mark Peters,

*/s/ Rosemary Peters*

Rosemary Peters,

– Affidavit –

CLERK USDC EDWI
FILED
2023 FEB 24 P 2:34

NOTICE - No sworn statement in this affidavit shall be diminished by any other statement herein.

1. That this sworn statement is stated as to be germane to the captioned case, and all times associated as to the Plaintiff's Complaint.

1.1. That 'UNITED STATES OF AMERICA', 'United States', and 'The United States of America' is of the same in this affidavit.

2. That we, Mark Peters, and Rosemary Peters, identified as Affiants hereinafter, states as follows:

3. Affiants state that Affiants have no evidence that Affiants have elected to become a United States citizen.

4. Affiant states that there is no evidence that Affiants have elected to become a United States citizen.

5. Affiants state that Affiants do not, did not, and have not, resided in, or was a resident, in land of the United States of America, or in the 'judicial district' of 'THE EASTERN DISTRICT OF WISCONSIN'.

6. Affiants state that Affiants do not, did not, and have not, done business, or had income, or revenue, in-ternally in land of 'United States of America', or in the 'judicial district' of 'THE EASTERN DISTRICT OF WISCONSIN'.

7. Affiants state that Affiants have, or ever had, any contract with 'United States of America', the Plaintiff.

8. Affiants state that Affiants have never been a resident in Racine County, Wisconsin, within THE EASTERN DISTRICT OF WISCONSIN, as associated with the captioned court.

> Evidence of Law - Title 1 of the United States Code is General Provisions. Section 2 of that title defines **county**: "The word **"county"** includes a parish, or any other equivalent subdivision of a **State or Territory of the United States.**"
>
> **U.S. Code** › Title 1 › Chapter 1 › § 2
> The word "**county**" includes a parish, or any other equivalent **subdivision** of a State or Territory of the United States.
> (July 30, 1947, ch. 388, 61 Stat. 633.)

9. Affiants state that Affiants have no evidence of ever having residency sufficient to qualify for a 'State Marrage License', as such are associated with United States of America.

10. Affiants state that Affiants are of one flesh as such is joined in - [24] "Therefore a man leaves his father and his mother and cleaves to his wife, and they become one flesh. Genesis 2:24 - Bible, Revised Standard Version, in common law, ecclesiastical/church jurisdciction marriage.

11. Affiants state that Affiants mailing to the IRS have all been done in <u>error</u>, all under fear, and threat of prosecution, from variouse IRS agents over all years of all communications with the IRS.

12. Affiants states that Affinats have never received formal <u>notice</u>, as a <u>matter of law</u>, from the 'Commissioner Internal Revenue' as to any duty to ever make a income return, or to keep any revenue records. Affiants now ask Plaintiff to provide all authorizations, or notices, from the Commissioner Internal Revenue, or from any subsequent authorized officer, or agent, as to the same, and let this be <u>notice</u> that none have been presented to Affiants as of this date.

13. Affiants reserve their <u>right</u> to be formally noticed if such authorization is operational as a matter of written law.

14. Notice that Affiants reserve Affiants rights to be billed and to have opportunity as to all true billings from the Plaintiff in the 'Money of Account' dollar/coin, as identified in:

i. – Article 1, Section 10 of 'Constitution for the United States of America' expressly mandated: "No State shall... make any **Thing** but gold and silver Coin a tender in payment of Debts".

ii. – Coinage Act of 1792, Act passed by the US Congress Establishing a National Currency, Congress declared and defined the term "dollar" as <u>coin</u> consisting of gold or silver…

iii. – United States Code, Title 12, Section 152, states: "Lawful money shall be construed to mean gold or silver <u>coin</u> of the United States."

Mark Peters, and Rosemary Peters, declare under penalty of perjury under the laws of the United States of America that the foregoing Affidavit is true and correct. Executed on _20th_ day of the _February_ month of 2023, consisting of 3 page. Jurat: As <u>sworn</u> to before the below signed Notary. Oath: Mark Peters, and Rosemary Peters, solemnly <u>swear</u> that the contents of the above Affidavit as subscribed is correct and true

_[signature]_
Affiant – Mark Peters

_[Notary seal: JACKIE A. FONK, NOTARY PUBLIC, STATE OF WISCONSIN]_

_[signature]_
Affiant – Rosemary Peters

State of _WI_

County of _Racine_

Personally appeared before me the undersigned, an officer authorized to administer oaths, Mark Peters, and Rosemary Peters, with valid identification, and/or personally known to me, who first

being duly sworn, deposes and says that the forgoing, page, instrument was subscribed and sworn before me, this 20th day of February 2023.

_____ Notary

[Notary Public seal: JACKIE A. FONK, STATE OF WISCONSIN]

**Evidence of Law**: MORRIS V NATIONAL CASH REGISTER, & GROUP V FINLETTER
Defendant is likely to be the only individual, now or in the future, who is willing and able to place a <u>sworn</u> affidavit affirming the herein disclosed facts under penalties of perjury, into the record of this case and as such, in absence of sworn counter-affidavit signed under the penalties of perjury regarding these same facts, laws, case law and evidence, Defendant should be the only prevailing party. Morris v National Cash Register, 44 S.W. 2D 433, clearly states at point #4 that "uncontested allegations in affidavit must be accepted as true.", and the Federal case of Group v Finletter, 108 F. Supp. 327 states, "Allegations in affidavit in support of motion must be considered as true in absence of counter-affidavit."

PROOF of SERVICE

I hereby certify that on February 20, 2023, a true and correct copy of the attached 'Notice of Hearing' and 'Personal Jurisdiction Challenge' (4 pages) was filed with the Court via mailing, emailed to Elizabeth A. Kirby, and mailed to:

RICHARD G. FROHLING United States Attorney DAVID A. HUBBERT Deputy Assistant Attorney General /s/ Elizabeth A. Kirby ELIZABETH A. KIRBY # 24104199 (TX)

_Mark Peters_
Mark Peters

_Rosemary Peters_
Rosemary Peters

Notice of Hearing

The above motion is set for hearing on/at: _____ a.m. p.m.

at the 'Eastern District of Wisconsin United States District Court',

located at: United States Federal Building and Courthouse 517 E. Wisconsin Ave. Rm. 362. Milwaukee, WI 53202.

_Mark Peters_
Mark Peters