Copy
Emailed 12-24-2022

22-12-24m

CLERK USDC EDWI
FILED

2023 MAR -6 P 4:02

TO: THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00621-PP |
| Mark Peters, | ) |
| and Rosemary Peters, | ) |
| Respondents. | ) |

NOTICE – This document cannot be used to create any form of jurisdiction over Respondents.

**Regarding:** First Set of Interrogatories to United States of America, pursuant to Rule 33 of the Federal Rules of Civil Procedure, requests that Plaintiff answer the following interrogatories under oath and serve the responses on Mark Peters within 30 days of service. Your answers to these interrogatories should be supplied by mailing a copy of such to Mark Peters at 15941 Durand Ave 45D, Union Grove, WI 53182. Please also email your completed responses to mpservices311@gmail.com.

1. Interrogatory 1 - For each subject calendar year*, Respondents now request the name, employment title, office title, and contact information, of any man* known by Plaintiff, that has been authorized to notify any Respondent, as to any requirement, as to keep any **record,** for United States of America Internal Revenue needs?
   1.1. As to the request directly above provide who is the man that officially instructed the man that you provide as to the above question, and provide that officer's name, employment title, office title, and contact information.

2. Interrogatory 2 - For each subject calendar year, Respondents now request the name, employment title, office title, and contact information, of any man* known by Plaintiff, that has been authorized to notify any Respondent, as to any requirement, as to produce any **return,** for United States of America Internal Revenue needs?
   2.1. As to the request directly above provide who is the man that officially instructed the man that you provide as to the above question, and provide that officer's name, employment title, office title, and contact information?

3. Interrogatory 3 - For each subject calendar year, Respondents now request the name, employment title, office title, and contact information, of any man* known by Plaintiff, that has been authorized to notify any Respondent, as to any requirement, as to **taxes due** to United States of America, by any Respondent?
   3.1. As to the request directly above provide who is the man that officially instructed the man that you provide as to the above question, and provide that officer's name, employment title, office title, and contact information?

4. Interrogatory 4 - For each subject calendar year, Respondents now request the name, employment title, office title, and contact information, of any man* known by Plaintiff, that has **calculated** any amount of taxes, penalties, interest, and fees due, and what was relied upon for those calculations, and computations, as claimed in the Plaintiff's Complaint?

5. Interrogatory 5 - For each subject calendar year, Respondents now request the name, and contact information, of any **Commissioner** of Internal Revenue*, known by Plaintiff, that has authorized, or given any notice, to any person, of any requirement, upon Mark Peters, or Rosemary Peters, as to the duty to keep any **record,** for United States of America Internal Revenue needs?
   5.1. As to the request directly above provide where that notice is located, and how Mark Peters can order a certified copy of the same notice from the records of the said Commissioner.

6. Interrogatory 6 - For each subject calendar year, Respondents now request the name, and contact information, of any **Secretary** of Internal Revenue*, or like officer, known by Plaintiff, that has authorized, or given any notice, to any person, of any requirement, upon Mark Peters, or Rosemary Peters, as to the duty to make any **return,** (income tax return/computation) for United States of America Internal Revenue needs?
   6.1. As to the request directly above provide where that notice is located, and how Mark Peters can order a certified copy of the same notice from the records of the said Secretary, or like officer.

7. Interrogatory 7 - For each subject calendar year, Respondents now request the name, and contact information, of any **Secretary**, or **Commissioner** of Internal Revenue*, or like officer, known by Plaintiff, that has written authority, from Unite States Congress, to give formal notice, to any person, of any requirement, for Mark Peters, or Rosemary Peters, as to the duty to **keep records**, make any **return**, (income tax return/computation), or demand any **tax due**, for United States of America Internal Revenue needs?
   7.1. As to the request directly above provide where that formal notice is located, and how Mark Peters can order a certified copy of the same notice from the records of the said Secretary, or like officer.

8. Interrogatory 8 - For each subject calendar year, Respondents now request the name, and contact information, of **all** officers of Internal Revenue*, that has written authority, from Unite States Congress, to give formal notice, to any person, of any requirement, for Mark Peters, or Rosemary Peters, as to a duty to **keep any records**, make any **return**, (income tax return/computation), or demand any **tax** due, for United States of America Internal Revenue needs?

9. Interrogatory 9 – Please provide the definition for the term "**reside**", as used by the Plaintiff in this case in the Complaint on page 2, paragraph 4. Please specify if that claim is in land or without land that is identified in Article 1, Section 8, Clause 17, as enumerated in 'Constitution for the United States of America'.

10. Interrogatory 10 – Please provide the definition for the term "**in this judicial district**", as used by the Plaintiff in this case in the Complaint on page 2, paragraph 4. Please specify if that claim is **in** land, or is **without** land, that is of land as identified in Article 1, Section 8, Clause 17, as enumerated in 'Constitution for the United States of America'.

11. Interrogatory 11 – Please provide the definition for the term "**county**", as used by the Plaintiff in this case in the Complaint on page 2, paragraph 4. Please specify if that claim is **in** land, or is **without** land, that is of land as identified in Article 1, Section 8, Clause 17, as enumerated in 'Constitution for the United States of America'. See definitions in United States Congress STAT AT LARGE...., and the same 'Supremacy Clause', and Respondent's right to rely on evidence of written law.

12. Interrogatory 12 - For each subject calendar year, Respondents now request the name, and contact information, of the person that can testify, and fact evidence, that Mark Peters, or Rosemary Peters, was ever **in land owned** by the United State of America and doing any **activity, or business**, that is taxable per United States written law, as associated with any tax year claimed by Plaintiff in the Complaint.

13. Interrogatory 13 - For each subject calendar year, Respondents now request the name, and contact information, of the person that can testify, and fact evidence, that Mark Peters, or Rosemary Peters, was ever a "**resident**" in the United State land as the term "**resident**" is defined in United States STAT AT LARGE, as associated with any tax year claimed by Plaintiff in the Complaint.

Respectfully submitted;

_[signature: Mark Peters]_

Mark Peters, Respondent

_[signature: Rosemary Peters]_

Rosemary Peters, Respondent

**Proof of Service:**
That the following have been mailed, and emailed, this 4 page document, title 'First Set of Interrogatories to United States of America', this day of 12/24/2022:
RICHARD G. FROHLING
United States Attorney . Eastern District
of Wisconsin
DAVID A. HUBBERT
Deputy Assistant Attorney General
-and-
ELIZABETH A. KIRBY < USPS Tracking 7020 2450 0000 1913 4558
TX Bar No. 24104199
Trial Attorney. Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-305-8656 (v)
202-514-6770 (0
Elizabeth.A.Kirby@usdoj.gov

Respectfully submitted;

_[signature: Mark Peters]_

Mark Peters, Respondent

_[signature: Rosemary Peters]_

Rosemary Peters, Respondent

Terms Defined:

*__man__ – male or female.

*__subject calendar year__ – Years claimed as tax due in Plaintiff's Complaint.

*__Commissioner__ of Internal Revenue*, as identified in United States STAT AT LARGE.

*__Secretary__ of Internal Revenue*, as may be the person that took over the job of the above stated Commissioner.

--END---Page 4 of 4