Certified mail 7022 1670 0001 5019 7071

PP

23-07-10

TO: THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

MILWAUKEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00621-PP |
| Mark Peters, | ) |
| and Rosemary Peters, | ) |
| Respondents. | ) |

Regarding: Respondent's, Defendant's, Opposition/Affidavit to Plaintiff's 6/27/2023 second response.

NOTICE - The court is to take judicial notice of all evidence of law herein incorporated.

NOTICE - This document cannot be used as evidence of any form of jurisdiction over Mark Peters, or Rosemary Peters.

1. Hereinafter, Mark Peters, and Rosemary Peters, shall be identified as affiants, in this sworn document.
2. Affiants, do hereby declare under penalties of perjury that the following statements are true and correct to the very best of our knowledge.
3. Affiants states that on or about October 13, 2022, Affiant received, by FedEx, the first set of Interrogatories and Admissions from the Plaintiff.
4. Affiants state that on or about October 27, 2022, Affiant sent, Certified Mail No., 7020 2450 0000 1913 4541, Affiant's Interrogatories and Admissions Response to the Plaintiff. See as attached as EXHIBIT 1E,1F, and1F.
5. Affiants states that on or about December 5, 2022, Affiant sent, Certified Mail No., 7020 2450 0000 1913 4503, 2nd copy of Interrogatories to the plaintiff in response that Plaintiff alleged Affiants had not completed the Interrogatories and Admissions.
6. Affiants states that on or about July 3, 2023, Affiant resent, Tracking No., 9114 9022 0078 9166 3395 43, Interrogatories and Admissions to Plaintiff. See as attached as EXHIBIT 1E,1F, and 1G. Affiant states that the same has been sent to the court for a record of compliance to the courts discovery rules if they are proven to operate over Defendants.
7. Affiants declare that Affiants have submitted this Affidavit/Statement and accompanying documents and that Affiants have personally examined the facts stated in this

Affidavit/Statement, including any accompanying documents, and, to the best of Affiants knowledge and belief, they are true, correct, and complete and not misleading.

(28 **U.S.** Code § 1746 Limited Jurat, Land Jurisdiction Specific)

I/we, Mark Peters, and Rosemary Peters, Affiants, declare under penalty of perjury under the laws of the United States of America that the foregoing ( 2 page, 'Respondent's, Defendant's, Opposition/Affidavit to Plaintiff's 6/27/2023 second response'). Affidavit is true and correct. Executed on __ day of the __ month of 2023. Jurat: As sworn to before the below signed Notary this __ day of __ month, 2023, Oath: I/we, Mark Peters, and Rosemary Peters, as speaking to the signed notary, now solemnly <u>swears</u> that the contents of the above Affidavit as subscribed is <u>**sworn**</u> to be correct and true.

*[signature: Mark Peters]*

Affiant – Mark Peters,

*[signature: Rosemary Peters]*

Affiant - Rosemary Peters.

State of **Wisconsin**

County of **Racine**

Personally, appeared before me the undersigned notary, an officer authorized to administer oaths, Mark Peters, and Rosemary Peters, with valid identification, and/or personally known to me, who <u>first being duly sworn</u>, deposes and says that the forgoing, 2 page, instrument was subscribed and sworn before me, this 10th day of 7 month 2023.

*[signature]* Notary

DAVID H. LABRIE
Commission Expires 09/26/2025

[Notary Seal: DAVID H. LABRIE NOTARY PUBLIC STATE OF WISCONSIN]

PROOF of SERVICE

I hereby certify that on _____ ,2023, a true and correct copy of the Respondent's, Defendant's, Opposition/**Affidavit** to Plaintiff's 6/27/2023 second response." (2 pages) was filed with the Court via mailing, emailed to Elisabeth A. Kirby. Elizabeth.a.kirby@usdoj.gov, and mailed to:

RICHARD G. FROHLING United States Attorney DAVID A. HUBBERT Deputy Assistant Attorney General /s/ Elizabeth A. Kirby ELIZABETH A. KIRBY # 24104199 (TX)

And sent to the court for the record – United States District Court for the Eastern District of Wisconsin.

*[signature: Mark Peters]*

Mark Peters

*[signature: Rosemary Peters]*

Rosemary Peters